# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**

A–Vidd Electronics Co. A California
Corporation
**SSN:** N/A
**EIN:** 95–2983233

3920 Gilman Street
Long Beach, CA 90815

**BANKRUPTCY NO.**  2:09–bk–19792–ER
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim on or before September 4, 2009.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: June 3, 2009

For The Court,

**Jon D. Ceretto**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN–10

**4 – 2 / HE**

.

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: A-Vidd Electronics Co. A California Corporation | Case Number: 2:09-19792-ER |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br><br><br><br><br><br><br>Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>   **3a. Debtor may have scheduled account as:** _____<br>      (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>   **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>   **Describe:**<br><br>   **Value of Property: $**_____  **Annual Interest Rate**___%<br><br>   **Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>   **if any: $**_____  **Basis for perfection:** _____<br><br>   **Amount of Secured Claim: $**_____  **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: LynnlC              Page 1 of 3          Date Rcvd: Jun 03, 2009
Case: 09-19792               Form ID: ntcpdiv          Total Served: 139

The following entities were served by first class mail on Jun 05, 2009.
```
db           +A-Vidd Electronics Co. A California Corporation,    3920 Gilman Street,
              Long Beach, CA 90815-1753
aty          +Scott C Clarkson,    3424 Carson St Ste 350,    Torrance, CA 90503-5716
tr           +Howard M Ehrenberg,    SulmeyerKupetz,    333 South Hope Street, 35th Floor,
              Los Angeles, CA 90071-1406
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
23657002     +323 Hollywood Inc,    2211 Baxter St,    Los Angeles, Ca 90039-3601
23656871     +A.V.W. INC.,    PO BOX 9962,    FT LAUDERDALE, FL 33310-0962
23656872     +A/V PRODUCTS,    9590 Research,    IRVINE, CA 92618-4664
23656873     +ALLEN PRODUCTS,    1635 E. BURNETT ST,    SIGNAL HILL, CA 90755-3603
23656874     +ALTERNOMEDIA,    3032 E. 7TH STREET #8,    LONG BEACH, CA 90804-4905
23656875      AMERICAN EXPRESS-71002,    BOX 0001,    LOS ANGELES, CA 90096-8000
23656876      AMERICAN EXPRESS-RTJ31002,    BOX 0001,    LOS ANGELES, CA 90096-8000
23656877     +ANCHOR,    2565 W. 237th Street,    TORRANCE, CA 90505-5216
23656879     +AUDIO AUTHORITY,    2048 MERCER ROAD,    LEXINGTON, KY 40511-1071
23656880     +AV INDUSTRIES,    1787 E. 28TH STREET,    LONG BEACH, CA 90755-1923
23656881     +AVAD Southern California,    8 WHATNEY,    IRVINE, CA 92618-2878
23656878     +Atlas Soundolier,    P O BOX 88817,    MILWAUKEE, WI 53288-0001
23656882     +B & H Photo,    420 9 th Ave.,    New york, NY 10001-1644
23656883     +BISCHOFF SHEET METAL, INC.,    1336 NEWPORT AVE,    LONG BEACH, CA 90804-2815
23656884      BOGEN PHOTO CORP.,    P.O. BOX 75042,    CHARLOTTE, NC 28275-0042
23656885     +BRETFORD,    11000 SEYMOUR AVENUE,    FRANKLIN PARK, IL 60131-1230
23656886     +BROADFIELD DISTRIBUTING INC,    64 A GLEN COVE AVE,    GLEN COVE, NY 11542
23656918     +Bonnie Johnson,    16911 Harkness Circle,    Huntington Beach, CA 92649-3077
23656887     +CAMERA DYNAMICS (SACHTLER),    709 EXECUTIVE BLVD.,    VALLEY COTTAGE, NY 10989-2011
23656888     +CAPITOL SALES COMPANY, INC.,    1245 Trap Road,    EGAN, MN 55121-1269
23656889     +CHIEF MANUFACTURING CO.,    8401 EAGLE CREEDK PARKWAY,    SAVAGE, MN 55378-1224
23656890     +COMPREHENSIVE VIDEO,    55 RUTA COURT,    SOUTH HACKENSACK, NJ 07606-1709
23656891     +CREST AUDIO,    P O . BOX 403790,    ATLANTA, GA 30384-3790
23656892     +CRESTRON,    101 BROADWAY,    CRESSKILL, NJ 07626-2152
23656893     +DALITE SCREEN COMPANY,    3100 NORTH DETROIT STREET,    WARSAW, IN 46582-2288
23656894     +DAN WINTER PRODUCTIONS,    5039 SARATOGA AVENUE,    CYPRESS, CA 90630-4448
23656895     +DAVID JOHNSON,    21622 IMPALA LANE,    HUNTINGTON BEACH, CA 92646-7937
23656896     +DIGITAL DATA DISTRIBUTORS,    304 RARITAN CENTER PARKWAY,    EDISON, NH 08837-3609
23656897     +DRAPER SHADE & SCREEN,    411 SOUTH PEARL STREET,    SPICELAND, IN 47385-0425
23656898     +EDC/ELECTRONICS DISTRIBUTOR,    S 2004 CHARLE STREET,    COSTA MESA, CA 92627-8547
23656899     +ELITE SCREENS, INC.,    16410 MANNING WAY,    CERRITOS, CA 90703-2225
23656900     +ELMAR PLASTICS, INC.,    303 W ARTESIA BLVD,    COMPTON, CA 90220-5525
23656901     +ENTHUSIAST (WEB),    901 SOUTH MAGNOLIA AVENUE,    MOROVIA, CA 91016-3325
23656902      EXTRON ELECTRONICS,    1230 SOUTH LEWIS STREET,    ANAHEIM, CA 92805-6428
23656903     +FARMERS INSURANCE GROUP,    3041 COCHRAN STREET,    SIMI VALLEY, CA 93099-0001
23656904     +FAST FORWARD,    18200 W MC DURMOTT,    IRVINE, CA 92614-6710
23656905      FEDEX,    P.O. Box 7221,    PASADENA, CA  91109-7321
23656906     +GEPCO INTERNATIONAL,    1000 NORTH LAKE STREET,    BURBANK, CA 91502-1624
23656907     +HALL RESEARCH TECHNOLOGIES,,    1163 WARNER AVENUE,    TUSTIN, CA 92780-6458
23656908      HITACHI DENSHI AMERICA, LTD,    P.O. Box 512408,    Philadelphia, PA  19175-2408
23656909     +HOLOVISION,    501 E. GOETZ AVENUE,    SANTA ANA, CA 92707-3711
23656910     +HOME DEPOT,    2450 CHERRY AVENUE,    SIGNAL HILL, CA 90755-3706
23656911     +IDC SERVCO,    3962 LANDMARK STREET,    CULVER CITY, CA 90232-2315
23656912     +INTELENET,    17222 VON KARMAN,    IRVINE, CA 92614-6202
23656913     +INTER-M AMERICAS, INC.,    13875 ARTESIA BLVD.,    CERRITOS, CA 90703-9000
23656914     +INTERNATIONAL CITY BANK,    249 EAST OCEAN BLVD.,    LONG BEACH, CA 90802-4849
23656915     +International Computer,    3707 Capital Ave,    Whittier, CA 90601-1732
23656916     +JCV Computing International,    3619 West Warner Avenue,    Santa Ana, CA 92704-5216
23656917     +JK Electronics,    6395 WESTMINSTER BLVD,    WESTMINSTER, CA 92683-8500
23656919     +Johnson, Reynold T & Bonnie C,    16911 Harkness Circle,    Huntington Beach, CA 92649-3077
23656920     +KEVIN CLARK,    43 HARTFORD DRIVE,    NEWPORT BEACH, CA 92660-4231
23656921     +KLIPSCH,    7102 CATE DRIVE,    BUENA PARK, CA 90621-1832
23656922     +KRAMER ELECTRONICS USA, INC,    96 ROUTE 173 WEST,    HAMPTON, NJ 08827-4033
23656923     +LECTRA WERKS, INC.,    3538 VIGILANCE DRIVE,    RANCHO PALOS VER, CA 90275-6124
23656924    ++++LIBERTY SYSTEMS, INC.,    160 SARATOGA AVE STE 120,    SANTA CLARA CA  95051-7334
             (address filed with court: LIBERTY SYSTEMS, INC.,    160 SARATOGA AVE #38,
              SANTA CLARA, CA 95051)
23656925      LIBERTY WIRE AND CABLE,    1167 RIDGELINE DR.,    COLORADO SPRINGS, CO  80921
23656926     +LISTEN TECHNOLOGIES CORP,    8535 SOUTH 700 WEST,    SANDY, UT 84070-2502
23656927     +LONG BEACH BUSINESS JOURNAL,    2599 E. 28TH STREET,    LONG BEACH, CA 90755-2139
23656928     +LOS ANGELES URBAN LEAGUE,    3450 MOUNT VERNON DRIVE,    LOS ANGELES, CA 90008-4936
23656929     +Lubbock Audio Visual, Inc,    2120 Avenue Q,    Lubbock, TX 79411-2032
23656930     +MANSFIELD MEDIA SOLUTIONS,    12400 HWY 71 WEST,    AUSTIN, TX 78738-6517
23656931     +MASTER CARD, REYNOLD JOHNSO,    N PO BOX 183037,    COLUMBUS, OH  43218-3037
23656934     +MEDIA MANAGEMENT, LLC,    1801 ROYAL LANE,    DALLAS, TX 75239-3179
23656935     +MICROBOARDS TECHNOLOGYS,,    8150 MALLORY COURT,    CHANHASSEN, MN 55317-8586
23656936     +MILLER CAMERA SUPPORT, LLC,    216 LITTLE FALLS RD.,    CEDAR GROVE, NJ 07009-1276
23656937     +MONOPRICE, INC.,    9477 LONDON WAY,    RANCO CUCAMONGA, CA 91730-7948
23656932     +Max Professional,    P.O. Box 9962,    Ft. Lauderdale, FL 33310-0962
23656933     +McGinty, Andy,    24782 Summer Wind,    Lake Forest, CA 92630-2453
23656940     +NATIONAL VIDEO TAPE,    2727 S CRODDY WAY,    SANTA ANA, CA 92704-5234
23656940     +NEW MEDIA HOLLYWOOD,    1433 N COLE PLACE,    HOLLYWOOD, CA 90028-8129
23656941     +NEWMAN PUBLICATIONS,    PO BOX 8572,    LONG BEACH, CA 90808-0572
23656942     +NORTHERN VIDEO SYSTEMS,    3625 CINCINATI AVENUE,    ROCKLIN, CA 95765-1202
```

```
District/off: 0973-2           User: LynnlC              Page 2 of 3                 Date Rcvd: Jun 03, 2009
Case: 09-19792                 Form ID: ntcpdiv          Total Served: 139
```

```
23656943   +OWEN'S ORIGINALS,   211 C. STREET,   WASHINGTON, KS 66968-1906
23656944   +PACIFIC RADIO ELECTRONICS,   969 N. LA BREA,   LOS ANGELES, CA 90038-2321
23656945   +PACIFIC TRADING,   743 COCHRAN STREET,   SIMI VALLEY, CA 93065-1977
23656946   +PANASONIC AUDIO-VIDEO SYS,   3330 Cahuenga Blvd W.,   Los Angeles, CA 90068-1354
23656947   +PANASONIC CCTV,   3330 Cahuenga Blvd W.,   Los Angeles, CA, CA 90068-1354
23656948   +PANASONIC-PARTS ( repair,   13535 MARQUERDT,   SANTA FE SPRINGS, CA 90670-5013
23656949   +PCA/PAUL COLLINS ASSOCIATES,   1018 WEST GROVE AVENUE,   ORANGE, CA 92865-4129
23656950   +PDR MOUNTS,   1230 Quarry St.,   CORONA, CA 92879-1708
23656951   +PHASE TECHNOLOGY,   6400 YOUNGERMAN CIRCLE,   JACKSONVILLE, FL 32244-5733
23656952    PHILLIPS UNION 76,   PO BOX 689059,   DES MOINES, IA  50368-9059
23656953   +PHOENIX PACKAGING,   8328 ALLPORT AVE,   SANTA FE SPRINGS, CA 90670-2173
23656954   +PORTER, MIKE,   2415 CEDARWOOD ST,   W. COVINA, CA 91790-1910
23656955   +PREMIER MOUNTS/PROGRESSIVE,   3130 E. MIRALOMA AVE,   ANAHEIM, CA 92806-1906
23656956   +PROFESSIONAL SALES,   4315 E. LOWELL,   ONTARIO, CA 91761-2219
23656957   +QSC AUDIO PRODUCTS, INC.,   1675 MacArthur Boulevard,   Costa Mesa, CA 92626-1468
23656958   +RAY MONTGOMERY,   21721 BELLCROFT DRIVE,   LAKE FOREST, CA 92630-6007
23656959   +REALM PRODUCTIONS, INC,   11757 MAYFIELD AVE.,   LOS ANGELES, CA 90049-5703
23656961   +ROGER'S SYSTEMS SPECIALIST,   25030 Avenue Tibbitts,   Santa Clarita, CA 91355-3437
23656962   +RORKE DATA,   9700 W. 76TH ST,   EDEN PRAIRIE, MN 55344-4201
23656960   +Reynold Johnson,   16911 Harkness Circle,   Huntington Beach, CA 92649-3077
23656963    SAM ASH MUSIC,   PO BOX 9047,   HICKSVILLE, NY  11802-9047
23656964   +SANYO FISHER,   21605 PLUMMER ST,   CHATSWORTH, CA 91311-4131
23656965   +SCALA, Inc.,   350 Eagleview Boulevard,   EXTON, PA 19341-1179
23656966    SDAV ( SAN DIEGO AUDIO VIDE,   O 4909 RUFFNER STREET,   SAN DIEGO, CA  92111
23656967   +SENNHEISER ELECTRONIC CO,   4116 W. MAGNOLIA,   BURBANK, CA 91505-2782
23656969   +SERVICE WAREHOUSE,   17819 S. FIGUERO,   GARDENA, CA 90248-4210
23656970   +SHARP ELECTRONICS CORP.,   13123 WHISTLER AVE.,   GRANADA HILLS, CA 91344-1140
23656971   +SHOREVIEW DISTRIBUTION, INC,   69 ELM STREET,   FOXBORO, MA 02035-2531
23656972   +SIR SPEEDY PRINTING,   2551 E WILLOW STREET,   SIGNAL HILL, CA 90755-2237
23656973   +SONANCE,   212 AVENIDA FABRICANTE,   SAN CLEMENTE, CA 92672-7538
23656974   +SOUND TUBE,   6430 BUSINESS PARK LOOP,   PARK CITY, UT 84098-6221
23656975   +SOUTH COAST PUBLISHERS,   2599 E 28TH STREET STE 212,   SIGNAL HILL, CA 90755-2139
23656976    SOUTHERN CALIF MESSINGERS,   5757 WILSHIRE BLVD STE 210,   LOS ANGELES, CA  90036-3682
23656977   +SPINITAR SERVICE CENTER,   16751 KNOTT AVENUE,   LA MIRADA, CA 90638-6013
23656980   +STARIN DISTRIBUTING,   136 VENTURI DRIVE,   CHESTERTON, IN 46304-3399
23656981   +SUNSHINE COMPANY,   3807 SEBREN AVENUE,   LONG BEACH, CA 90808-2043
23656982   +SUNSTATE EQUIPMENT CO.,   5425 E WASHINGTON,   PHOENIX, AZ 85034-2106
23656968   +Sennheiser Electronics Corp.,   One Enterprise Drive,   Old Lyme, CT 06371-1568
23656978   +Stampede Presentation,   3332 Walden Avenue,   Depew, NY 14043-2400
23656979   +Stargate Productions,   5942 Edinger Ave,   Huntington Beach, Ca 92649-1763
23656983   +TACTRONICS,   381-12 OLD RIVERHEAD ROAD,   WESTHAMPTON BEA, NY 11978-1203
23656984    TANNOY NORTH AMERICA, INC.,   300 GAGE AVE,   KITCHENER, ONTARIO  N2M 2C8
23656985   +TELEX/ELECTROVOICE,   12000 PORTLAND AVE SOUTH,   BURNSVILLE, MN 55337-1522
23656986   +THE MOORE COMPANY,   333 SE SECOND AVENUE,   PORTLAND, OR 97214-1094
23656987   +THE NEXTREND INC.,   412 Olive Avenue,   Huntington Beach, CA 92648-5142
23656988   +TOM BADOUD,   9194 BLACKBIRD AVE,   FOUNTAIN VALLEY, CA 92708-6404
23656989    United Parcel Service,   PO Box 505820,   The Lakes, NV  88905-5820
23656990   +VADDIO, INC,   9433 Science Center Drive,   New Hope, MN 55428-3623
23656991   +VARILEASE TECHNOLOGY FINANC,   E 27762 ANTONIO PARKWAY LI-63,   LADERA RANCH, CA 92694-1140
23656992   +VARIZOOM/TOMS WAY INC.,   11700 BELL AVENUE,   AUSTIN, TX 78759-2411
23656993   +VE Associates, INC.,   2082 Business Center Drive,   Irvine, Ca 92612-1129
23656994   +VIDEO EQUIPMENT RENTAL,   912 RUBERTA AVE,   GLENDALE, CA 91201-2347
23656995   +VIDEO TEK SERVICE,   7844 SPRINGER STREET,   DOWNEY, CA 90242-3427
23656996   +VOLUTONE/SCHERISON BROS.,   16315 1/2 PIUMA,   CERRITOS, CA 90703-1529
23656998   +WESTCON COLLABORATION,   575 Exchange Court,   Aurora, IL 60504-8103
23656999   +WINSTED CORPORATION,   10901 HAMPSHIRE AVE. SO.,   MINNEAPOLIS, MN 55438-2730
23657000   +WYNIT, INC.,   6847 ELLICOTT DRIVE,   SYRACUSE, NY  13057-1045
23656997   +West Penn Wire,   P.O. Box 7247-6631,   Philadelphia, PA 19170-0001
```

The following entities were served by electronic transmission on Jun 04, 2009.
```
tr          +EDI: BHMEHRENBERG.COM Jun 03 2009 23:48:00      Howard M Ehrenberg,    SulmeyerKupetz,
             333 South Hope Street, 35th Floor,   Los Angeles, CA 90071-1406
smg          EDI: CALTAX.COM Jun 03 2009 23:49:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
23656939    +E-mail/Text: litigation@neclease.com                NEC FINANCIAL SERVICES,
             1 Park 80 West 3rd Floor,   Saddle Brook, NJ 07663-5808
23657001     E-mail/Text: brad.lee@xo.com                      XO COMMUNICATIONS,   PO BOX 31001-0429,
             PASADENA, CA  91110-0429
                                                                                           TOTAL: 4
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

District/off: 0973-2          User: LynnlC            Page 3 of 3              Date Rcvd: Jun 03, 2009
Case: 09-19792               Form ID: ntcpdiv        Total Served: 139

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2009**                    **Signature:** _Joseph Speetjens_