HOWARD M. EHRENBERG
CHAPTER 7 TRUSTEE
333 S. HOPE STREET, 35th FLOOR
LOS ANGELES, CA 90010
Phone: (213) 626-2311
Facsimile: (213) 629-4520

**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| A-VIDD ELECTRONICS CO. | § | Case No. 2:09-BK-19792 ER |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/27/2009 . The undersigned trustee was appointed on 04/27/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 56,526.61

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 6,063.77 |
| Other payments to creditors | | 11,945.03 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 38,517.81 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/04/2009 and the deadline for filing governmental claims was 11/30/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,076.33 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,076.33 , for a total compensation of $ 6,076.33 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 113.78 , for total expenses of $ 113.78 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2010 By:/s/Howard M. Ehrenberg
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Case No: 2:09-BK-19792 ER Judge: ERNEST ROBLES
Case Name: A-VIDD ELECTRONICS CO.

For Period Ending: 10/10/10

Trustee Name: Howard M. Ehrenberg
Date Filed (f) or Converted (c): 04/27/09 (f)
341(a) Meeting Date: 05/28/09
Claims Bar Date: 09/04/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3920 GILMAND STREET, LONG BEACH, CA 908015<br>This property is not owned by the debtor but the debtors' shareholders. Secured by loan from bank. | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. BUSINESS ACCOUNT<br>No value to the estate | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3. BUSINESS ACCOUNT<br>Closed | 47,187.66 | 17,637.07 | | 17,637.07 | FA |
| 4. BUSINESS CHECKING ACCOUNT<br>No value to the estate | 2,542.50 | 0.00 | DA | 0.00 | FA |
| 5. BUSINESS CHECKING ACCOUNT<br>Closed | 1,987.48 | 7,082.93 | | 7,082.93 | FA |
| 6. ACCOUNTS RECEIVABLE<br>Collected | 17,361.33 | 1,959.81 | | 1,959.81 | FA |
| 7. PERSONAL PROPERTY<br>Auctioneer employed to conduct sale | 30,000.00 | 4,400.00 | | 4,400.00 | FA |
| 8. INVENTORY<br>Auctioneer employed to conduct sale | 1,151,972.50 | 17,526.00 | | 17,526.00 | FA |
| 9. State Board of Equalization refund (u) | 0.00 | 7,868.93 | | 7,868.93 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 51.87 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,261,051.47 | $56,474.74 | | $56,526.61 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/30/09: This is a recent case. I examined the debtor who has agreed to the sale of all the debtors assets to pay secured and unsecured creditors. I have contacted my auctioneer to inspect the business assets. I have spoken to the bank and they have agreed to allow me to sell the assets since the real property which is to be sold is expected to satisfy the banks lien. The real property is owned by the stockholders Mr. and Mrs. Johnson. I am preparing an application to employ auctioneer which will be filed shortly. I will review the financial records of the debtor. A bar date has been set and an accountant will be employed when appropriate. The ETFR date is June 30, 2010.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 2:09-BK-19792 ER Judge: ERNEST ROBLES
Case Name: A-VIDD ELECTRONICS CO.

Trustee Name: Howard M. Ehrenberg
Date Filed (f) or Converted (c): 04/27/09 (f)
341(a) Meeting Date: 05/28/09
Claims Bar Date: 09/04/09

06/30/10: Application for authority to employ auctioneer, to authorize public sale by auctioneer and to pay auctioneer upon conclusion of sale was approved by the court October 1, 2009. Auction was conducted and proceeds received. Auctioneer report filed with the court. Fees paid to auctioneer. Stipulation to apportion auction proceeds between International City Bank and trustee was approved by the court May 21, 2010. Application to employ accountants was approved by the court April 16, 2010.

The tax returns are being finalized. There are no objection to claims. Upon receipt of tax clearance, I will proceed to file my final report.

September 20, 2010 Tax returns filed and accepted August 4, 2010. No objections. Professional fees filed. No court costs.

After filing the final report, the trustee received a check for a refund from the State Board of Equalization due to the debtor.

Initial Projected Date of Final Report (TFR): 06/30/10 Current Projected Date of Final Report (TFR): 11/30/10

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 2:09-BK-19792 -ER | Trustee Name: | Howard M. Ehrenberg |
| Case Name: | A-VIDD ELECTRONICS CO. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4402 Money Market Account |
| Taxpayer ID No: | *******3233 | | |
| For Period Ending: | 10/10/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/09 | | Transfer from Acct #*******4365 | Bank Funds Transfer | 9999-000 | 42,612.30 | | 42,612.30 |
| 11/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | 5.53 | | 42,617.83 |
| 12/31/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | 9.02 | | 42,626.85 |
| 01/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 3.89 | | 42,630.74 |
| 02/05/10 | | Transfer to Acct #*******4410 | Bank Funds Transfer | 9999-000 | | 62.10 | 42,568.64 |
| 02/26/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 3.25 | | 42,571.89 |
| 03/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 3.83 | | 42,575.72 |
| 04/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 3.48 | | 42,579.20 |
| 05/26/10 | | Transfer to Acct #*******4410 | Bank Funds Transfer | 9999-000 | | 11,944.03 | 30,635.17 |
| 05/28/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 3.18 | | 30,638.35 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.74 | | 30,641.09 |
| 07/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.62 | | 30,643.71 |
| 08/04/10 | | Transfer to Acct #*******4410 | Bank Funds Transfer | 9999-000 | | 920.00 | 29,723.71 |
| 08/18/10 | | Transfer from Acct #*******4410 | Bank Funds Transfer | 9999-000 | 920.00 | | 30,643.71 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.65 | | 30,646.36 |
| 09/29/10 | 9 | State of California | refund | 1290-000 | 7,868.93 | | 38,515.29 |
| 09/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.52 | | 38,517.81 |

FORM 2



## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 2:09-BK-19792 -ER
Case Name: A-VIDD ELECTRONICS CO.
Taxpayer ID No: *******3233
For Period Ending: 10/10/10

Trustee Name: Howard M. Ehrenberg
Bank Name: Union Bank
Account Number / CD #: *******4410 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/09 | | Transfer from Acct #*******4366 | Bank Funds Transfer | 9999-000 | 1.00 | | 1.00 |
| 02/05/10 | | Transfer from Acct #*******4402 | Bank Funds Transfer | 9999-000 | 62.10 | | 63.10 |
| 02/05/10 | 001001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street Suite 420<br>NEW ORLEANS, LA 70139 | blanket bond premium #016030866 | 2300-000 | | 62.10 | 1.00 |
| 05/26/10 | | Transfer from Acct #*******4402 | Bank Funds Transfer | 9999-000 | 11,944.03 | | 11,945.03 |
| 05/26/10 | 001002 | International City Bank<br>249 E. Ocean Blvd.<br>Long Beach, Ca 90802 | EOD 5/21/10 order approving stip to appportion auction proceeds | 4120-000 | | 11,945.03 | 0.00 |
| 08/04/10 | | Transfer from Acct #*******4402 | Bank Funds Transfer | 9999-000 | 920.00 | | 920.00 |
| * 08/04/10 | 001003 | Franchise Tax Board | 2009 tax payment | 2820-003 | | 920.00 | 0.00 |
| * 08/18/10 | 001003 | Franchise Tax Board | void | 2820-003 | | -920.00 | 920.00 |
| 08/18/10 | | Transfer to Acct #*******4402 | Bank Funds Transfer | 9999-000 | | 920.00 | 0.00 |



**Exhibit B**

FORM 2



## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 2:09-BK-19792 -ER
Case Name: A-VIDD ELECTRONICS CO.
Taxpayer ID No: *******3233
For Period Ending: 10/10/10

Trustee Name: Howard M. Ehrenberg
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******4365 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 14,783.48 | | 14,783.48 |
| 07/10/09 | | To Acct #*******4366 | TRANSFER FUNDS-INSUFFICIENT FUNDS | 9999-000 | | 6,976.38 | 7,807.10 |
| 07/23/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 6,976.38 | | 14,783.48 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.56 | | 14,784.04 |
| 08/04/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 1,578.54 | | 16,362.58 |
| 08/07/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 9,935.52 | | 26,298.10 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.04 | | 26,300.14 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.15 | | 26,302.29 |
| 10/08/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 379.60 | | 26,681.89 |
| 10/14/09 | | From Acct #*******4366 | TRANSFER FUNDS | 9999-000 | 21,926.00 | | 48,607.89 |
| 10/30/09 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.1000% | 1270-000 | 3.19 | | 48,611.08 |
| 11/03/09 | | Transfer to Acct #*******4366 | Bank Funds Transfer | 9999-000 | | 6,000.00 | 42,611.08 |
| 11/12/09 | INT | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.22 | | 42,612.30 |
| 11/12/09 | | Transfer to Acct #*******4402 | Bank Funds Transfer | 9999-000 | | 42,612.30 | 0.00 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 2:09-BK-19792 -ER
Case Name: A-VIDD ELECTRONICS CO.
Taxpayer ID No: *******3233
For Period Ending: 10/10/10

Trustee Name: Howard M. Ehrenberg
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******4366 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/30/09 | | A-Vidd | Turnover of bank account-International City Bank account 001030175<br>DEPOSIT CHECK #99980 | 1129-003 | 6,976.38 | | 6,976.38 |
| 06/30/09 | 3 | A-Vidd | Turnover of bank account-First Bank & Trust account 9408907052<br>DEPOSIT CHECK #87762 | 1129-000 | 7,808.10 | | 14,784.48 |
| * 07/02/09 | | A-Vidd | Turnover of bank account-Internatio | 1129-003 | -6,976.38 | | 7,808.10 |
| 07/06/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 14,783.48 | -6,975.38 |
| 07/10/09 | | From Acct #*******4365 | TRANSFER FUNDS-INSUFFICIENT FUNDS | 9999-000 | 6,976.38 | | 1.00 |
| 07/17/09 | 5 | A-Vidd | Turnover of bank account-replacement check-International City Bank Account 001030175<br>Replicated from deposit #100001-2<br>DEPOSIT CHECK #99981 | 1129-000 | 6,976.38 | | 6,977.38 |
| 07/23/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 6,976.38 | 1.00 |
| 07/31/09 | 6 | Canon | Receivable-Inv. No. A92Q-P063251BL Inv. date 7/17/09<br>DEPOSIT CHECK #505571 | 1121-000 | 1,580.21 | | 1,581.21 |
| 07/31/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street Suite 420<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 07/31/2009 FOR CASE #2:09-BK-19792, #016030866 | 2300-000 | | 1.67 | 1,579.54 |
| 08/04/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 1,578.54 | 1.00 |
| 08/05/09 | 5 | A-Vidd | Turnover of last remaining balance in account-International City Bank account 001030175<br>DEPOSIT CHECK #99982 | 1129-000 | 106.55 | | 107.55 |
| 08/05/09 | 3 | A-Vidd | Turnover of last remaining balance in account-First Bank & Trust account 9408907052<br>DEPOSIT CHECK #9500028157 | 1129-000 | 9,828.97 | | 9,936.52 |
| 08/07/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 9,935.52 | 1.00 |
| 10/05/09 | 6 | David A. Arellano | accounts receivable | 1121-000 | 379.60 | | 380.60 |

FORM 2



## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 2:09-BK-19792 -ER
Case Name: A-VIDD ELECTRONICS CO.
Taxpayer ID No: *******3233
For Period Ending: 10/10/10

Trustee Name: Howard M. Ehrenberg
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******4366 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | DEPOSIT CHECK #1139 | | | | |
| 10/08/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 379.60 | 1.00 |
| 10/09/09 | 7, 8 | Ostrin & Ostrin | Auction proceeds<br>DEPOSIT CHECK #4866 | 1129-000 | 21,926.00 | | 21,927.00 |
| 10/14/09 | | To Acct #*******4365 | TRANSFER FUNDS | 9999-000 | | 21,926.00 | 1.00 |
| 11/03/09 | | Transfer from Acct #*******4365 | Bank Funds Transfer | 9999-000 | 6,000.00 | | 6,001.00 |
| 11/03/09 | 000102 | OSTRIN & OSTRIN AUCTIONEERS<br>4101 Birch Street<br>Suite 150<br>Newport Beach, CA 92660 | Report of auctioneer and applicatio<br>n of expense EOD 10/1/09 | 3620-000 | | 6,000.00 | 1.00 |
| 11/12/09 | | Transfer to Acct #*******4410 | Bank Funds Transfer | 9999-000 | | 1.00 | 0.00 |

**Total Of All Accounts 38,517.81**

# Central District Of California
# Claims Register

## 2:09-bk-19792-ER A-Vidd Electronics Co. A California Corporation

**Judge:** Ernest M. Robles **Chapter:** 7
**Office:** Los Angeles **Last Date to file claims:** 09/04/2009
**Trustee:** Howard M Ehrenberg (TR) **Last Date to file (Govt):** 11/30/2009

| | | |
|---|---|---|
| *Creditor:* (23656962)<br>RORKE DATA<br>9700 W. 76TH ST<br>EDEN PRAIRIE, MN 55344-3516 | **Claim No: 1**<br>*Original Filed Date*: 06/25/2009<br>*Original Entered Date*: 06/25/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Pickett, Betty<br>*Modified:* |

Unsecured claimed: $18522.37 ✓ ok
**Total claimed: $18522.37**

*History:*
Details 1-1 06/25/2009 Claim #1 filed by RORKE DATA, total amount claimed: $18522.37 (Pickett, Betty )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656990)<br>VADDIO, INC<br>9433 Science Center Drive<br>New Hope, MN 55428 | **Claim No: 2**<br>*Original Filed Date*: 06/25/2009<br>*Original Entered Date*: 06/25/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Pickett, Betty<br>*Modified:* |

Unsecured claimed: $6402.92 ✓ ok
**Total claimed: $6402.92**

*History:*
Details 2-1 06/25/2009 Claim #2 filed by VADDIO, INC, total amount claimed: $6402.92 (Pickett, Betty )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656884)<br>BOGEN PHOTO CORP.<br>P.O. BOX 75042<br>CHARLOTTE, NC 28275-0042 | **Claim No: 3**<br>*Original Filed Date*: 06/23/2009<br>*Original Entered Date*: 06/26/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kaaumoana, William<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $1048.40 ✓ ok
**Total claimed: $1048.40**

*History:*
Details 3-1 06/23/2009 Claim #3 filed by BOGEN PHOTO CORP., total amount claimed: $1048.4 (Kaaumoana, William )

| |
|---|
| *Description:* |
| *Remarks:* |

| | | |
|---|---|---|
| *Creditor:* (23656961) History<br>ROGER'S SYSTEMS SPECIALIST<br>25030 Avenue Tibbitts # H<br>Santa Clarita, CA 91355 | **Claim No: 4**<br>*Original Filed*<br>*Date*: 06/23/2009<br>*Original Entered*<br>*Date*: 06/26/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Paredes, Linda<br>*Modified:* |
| Unsecured claimed: $32.60 ✓ ok<br>**Total claimed: $32.60** | | |
| *History:*<br>Details 4-1 06/23/2009 Claim #4 filed by ROGER'S SYSTEMS SPECIALIST, total amount claimed: $32.6 (Paredes, Linda ) | | |
| *Description:* (4-1) goods sold | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (23656996)<br>VOLUTONE/SCHERISON BROS.<br>16315 1/2 PIUMA<br>CERRITOS, CA 90702 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 06/12/2009<br>*Original Entered*<br>*Date*: 07/09/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Banderas, Cynthia<br>*Modified:* |
| ~~Unknown~~ Unsecured claimed: $4167.87 ✓ ok<br>**Total claimed: $4167.87** | | |
| *History:*<br>Details 5-1 06/12/2009 Claim #5 filed by VOLUTONE/SCHERISON BROS., total amount claimed: $4167.87 (Banderas, Cynthia ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (23656966)<br>SDAV ( SAN DIEGO AUDIO VIDE<br>O 4909 RUFFNER STREET<br>SAN DIEGO, CA 92111 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 06/23/2009<br>*Original Entered*<br>*Date*: 07/14/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Beacham, Robin<br>*Modified:* |
| Unsecured claimed: $4224.89 ✓ ok<br>**Total claimed: $4224.89** | | |
| *History:*<br>Details 6-1 06/23/2009 Claim #6 filed by SDAV ( SAN DIEGO AUDIO VIDE, total amount claimed: $4224.89 (Beacham, Robin ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (23656889) History<br>CHIEF MANUFACTURING CO.<br>8401 EAGLE CREEK PARKWAY<br>SAVAGE, MN 55378-1224<br>unsecured | **Claim No: 7**<br>*Original Filed*<br>*Date*: 06/23/2009<br>*Original Entered*<br>*Date*: 07/21/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Beacham, Robin<br>*Modified:* |

~~Priority~~ claimed: $1618.28 ✓ ok
**Total claimed: $1618.28**

*History:*
Details 7-1 06/23/2009 Claim #7 filed by CHIEF MANUFACTURING CO., total amount claimed: $1618.28 (Beacham, Robin )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (24237364)<br>American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 8**<br>*Original Filed*<br>*Date*: 07/24/2009<br>*Original Entered*<br>*Date*: 07/24/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lee 1, Thomas<br>*Modified:* |

Unsecured claimed: $50940.94 ✓ ok
**Total claimed: $50940.94**

*History:*
Details 8-1 07/24/2009 Claim #8 filed by American Express Bank, FSB, total amount claimed: $50940.94 (Lee 1, Thomas )

*Description:* (8-1) CREDIT CARD DEBT

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656939)<br>NEC FINANCIAL SERVICES<br>1 Park 80 West 3rd Floor<br>Saddle Brook, NJ 07663 | **Claim No: 9**<br>*Original Filed*<br>*Date*: 06/11/2009<br>*Original Entered*<br>*Date*: 07/31/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Banderas, Cynthia<br>*Modified:* |

Unsecured claimed: $10944.63 ✓ ok
**Total claimed: $10944.63**

*History:*
Details 9-1 06/11/2009 Claim #9 filed by NEC FINANCIAL SERVICES, total amount claimed: $10944.63 (Banderas, Cynthia )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656950)<br>PDR MOUNTS<br>1230 Quarry St.<br>CORONA, CA 92879 | **Claim No: 10**<br>*Original Filed*<br>*Date*: 06/12/2009<br>*Original Entered*<br>*Date*: 08/01/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |

Unsecured

~~Unknown~~ claimed: $461.00 ✓ ok

**Total claimed: $461.00**

*History:*
Details 10-1 06/12/2009 Claim #10 filed by PDR MOUNTS, total amount claimed: $461 (Jarquin, Jacqueline )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (24312976)<br>Draper Shade & Screen<br>411 South Pearl St.<br>Spiceland, IN 47385<br>Unsecured | **Claim No: 11**<br>*Original Filed*<br>*Date*: 06/11/2009<br>*Original Entered*<br>*Date*: 08/01/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fierro, Viridiana<br>*Modified:* |

~~Unknown~~ claimed: $362.90 ✓ ok

**Total claimed: $362.90**

*History:*
Details 11-1 06/11/2009 Claim #11 filed by Draper Shade & Screen, total amount claimed: $362.9 (Fierro, Viridiana )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656955)<br>PREMIER MOUNTS/PROGRESSIVE<br>3130 E. MIRALOMA AVE<br>ANAHEIM, CA 92806<br>Unsecured | **Claim No: 12**<br>*Original Filed*<br>*Date*: 06/16/2009<br>*Original Entered*<br>*Date*: 08/04/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Huerta, Gabriela<br>*Modified:* |

~~Unknown~~ claimed: $6682.91 ✓ ok

**Total claimed: $6682.91**

*History:*
Details 12-1 06/16/2009 Claim #12 filed by PREMIER MOUNTS/PROGRESSIVE, total amount claimed: $6682.91 (Huerta, Gabriela )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656969)<br>SERVICE WAREHOUSE<br>17819 S. FIGUERO<br>GARDENA, CA 90248<br>Unsecured | **Claim No: 13**<br>*Original Filed*<br>*Date*: 06/16/2009<br>*Original Entered*<br>*Date*: 08/04/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Huerta, Gabriela<br>*Modified:* |

~~Unknown~~ claimed: $1622.83 ✓ ok

**Total claimed: $1622.83**

*History:*

| | |
|---|---|
| Details 13-1 | 06/16/2009 Claim #13 filed by SERVICE WAREHOUSE, total amount claimed: $1622.83 (Huerta, Gabriela ) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656878)<br>Atlas Soundolier<br>P O BOX 88817<br>MILWAUKEE, WI 53288-0817<br>Unsecured | **Claim No: 14**<br>*Original Filed Date*: 07/02/2009<br>*Original Entered Date*: 08/04/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Vanduvall, Renee<br>*Modified:* |

~~Unknown~~ claimed: $431.20 ✓ Ok

**Total claimed: $431.20**

*History:*

Details 14-1 07/02/2009 Claim #14 filed by Atlas Soundolier, total amount claimed: $431.2 (Vanduvall, Renee )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656888)<br>CAPITOL SALES COMPANY, INC.<br>1245 Trap Road<br>EGAN, MN 55121 | **Claim No: 15**<br>*Original Filed Date*: 06/12/2009<br>*Original Entered Date*: 08/10/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Beacham, Robin<br>*Modified:* |

Unsecured claimed: $351.62 ✓ Ok

**Total claimed: $351.62**

*History:*

Details 15-1 06/12/2009 Claim #15 filed by CAPITOL SALES COMPANY, INC., total amount claimed: $351.62 (Beacham, Robin )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656892) History<br>CRESTRON<br>7 Volvo Drive<br>Rockleigh, NJ 07647 | **Claim No: 16**<br>*Original Filed Date*: 06/12/2009<br>*Original Entered Date*: 08/10/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Beacham, Robin<br>*Modified:* |

Unsecured claimed: $8521.00 ✓ Ok

**Total claimed: $8521.00**

*History:*

Details 16-1 06/12/2009 Claim #16 filed by CRESTRON, total amount claimed: $8521 (Beacham, Robin )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656973)<br>SONANCE<br>212 AVENIDA FABRICANTE<br>SAN CLEMENTE, CA 92672 | **Claim No: 17**<br>*Original Filed*<br>*Date*: 07/28/2009<br>*Original Entered*<br>*Date*: 08/11/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mendoza, Maria Patricia<br>*Modified:* |

Unsecured claimed: $1029.14 ✓ Ok

**Total claimed: $1029.14**

*History:*

Details 17-1 07/28/2009 Claim #17 filed by SONANCE, total amount claimed: $1029.14 (Mendoza, Maria Patricia )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656951)<br>PHASE TECHNOLOGY<br>6400 YOUNGERMAN CIRCLE<br>JACKSONVILLE, FL 32244 | **Claim No: 18**<br>*Original Filed*<br>*Date*: 06/12/2009<br>*Original Entered*<br>*Date*: 08/15/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fierro, Viridiana<br>*Modified:* |

Unsecured claimed: $897.10 ✓ Ok

**Total claimed: $897.10**

*History:*

Details 18-1 06/12/2009 Claim #18 filed by PHASE TECHNOLOGY, total amount claimed: $897.1 (Fierro, Viridiana )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656974)<br>SOUND TUBE<br>6430 BUSINESS PARK LOOP<br>PARK CITY, UT 84098 | **Claim No: 19**<br>*Original Filed*<br>*Date*: 06/12/2009<br>*Original Entered*<br>*Date*: 08/15/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fierro, Viridiana<br>*Modified:* |

Unsecured claimed: $808.78 ✓ Ok

**Total claimed: $808.78**

*History:*

Details 19-1 06/12/2009 Claim #19 filed by SOUND TUBE, total amount claimed: $808.78 (Fierro, Viridiana )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656997)<br>West Penn Wire<br>P.O. Box 7247-6631<br>Philadelphia, PA 19170-6631 | **Claim No: 20**<br>*Original Filed*<br>*Date*: 06/15/2009<br>*Original Entered*<br>*Date*: 08/19/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fentroy, Rita<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $2565.95 ✓ ok

**Total claimed: $2565.95**

*History:*
Details 20-1 06/15/2009 Claim #20 filed by West Penn Wire, total amount claimed: $2565.95 (Fentroy, Rita )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656908)<br>HITACHI DENSHI AMERICA, LTD<br>P.O. Box 512408<br>Philadelphia, PA 19175-2408 | **Claim No: 21**<br>*Original Filed Date*: 08/17/2009<br>*Original Entered Date*: 08/24/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Queen, Sandra<br>*Modified:* |

Unsecured claimed: $2282.60 ✓ ok

**Total claimed: $2282.60**

*History:*
Details 21-1 08/17/2009 Claim #21 filed by HITACHI DENSHI AMERICA, LTD, total amount claimed: $2282.6 (Queen, Sandra )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656993)<br>VE Associates, INC.<br>2082 Business Center Drive<br>Irvine, Ca 92612 | **Claim No: 22**<br>*Original Filed Date*: 08/18/2009<br>*Original Entered Date*: 08/27/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bakchellian, Mary<br>*Modified:* |

**Total claimed:** Ø ok

*History:*
Details 22-1 08/18/2009 Claim #22 filed by VE Associates, INC., total amount claimed: $0 (Bakchellian, Mary )

*Description:* Claim #32

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656907)<br>HALL RESEARCH TECHNOLOGIES,<br>1163 WARNER AVENUE<br>TUSTIN, CA 92780 | **Claim No: 23**<br>*Original Filed Date*: 06/10/2009<br>*Original Entered Date*: 08/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fierro, Viridiana<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $1041.76 ✓ ok

**Total claimed: $1041.76**

*History:*
Details 23-1 06/10/2009 Claim #23 filed by HALL RESEARCH TECHNOLOGIES,, total amount claimed: $1041.76 (Fierro, Viridiana )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656993)<br>VE Associates, INC.<br>2082 Business Center Drive<br>Irvine, Ca 92612 | **Claim No: 24**<br>*Original Filed Date*: 06/10/2009<br>*Original Entered Date*: 08/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fierro, Viridiana<br>*Modified:* |

**Total claimed:** 0 ok

*History:*
Details 24-1 06/10/2009 Claim #24 filed by VE Associates, INC., total amount claimed: $0 (Fierro, Viridiana )

*Description:* Claim #32

*Remarks:* (24-1) See Claim for Details

| | | |
|---|---|---|
| *Creditor:* (23656978)<br>Stampede Presentation<br>3332 Walden Avenue<br>Depew, NY 14043 | **Claim No: 25**<br>*Original Filed Date*: 06/15/2009<br>*Original Entered Date*: 08/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Banderas, Cynthia<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $927.67 ✓ ok
**Total claimed: $927.67**

*History:*
Details 25-1 06/15/2009 Claim #25 filed by Stampede Presentation, total amount claimed: $927.67 (Banderas, Cynthia )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656890)<br>COMPREHENSIVE VIDEO<br>55 RUTA COURT<br>SOUTH HACKENSACK, NJ 07606 | **Claim No: 26**<br>*Original Filed Date*: 06/15/2009<br>*Original Entered Date*: 08/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $1083.00 ✓ ok
**Total claimed: $1083.00**

*History:*
Details 26-1 06/15/2009 Claim #26 filed by COMPREHENSIVE VIDEO, total amount claimed: $1083 (Jarquin, Jacqueline )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656958)<br>RAY MONTGOMERY | **Claim No: 27**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

| | | |
|---|---|---|
| 21721 BELLCROFT DRIVE<br>LAKE FOREST, CA 92630 | *Date*: 08/20/2009<br>*Original Entered*<br>*Date*: 08/31/2009 | *Entered by:* Queen, Sandra<br>*Modified:* |

Unsecured claimed: $60000.00 ✓ ok

**Total claimed: $60000.00**

*History:*
Details 27-1 08/20/2009 Claim #27 filed by RAY MONTGOMERY, total amount claimed: $60000 (Queen, Sandra )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656994)<br>VIDEO EQUIPMENT RENTAL<br>912 RUBERTA AVE<br>GLENDALE, CA 91201<br>Unsecured | **Claim No: 28**<br>*Original Filed*<br>*Date*: 06/11/2009<br>*Original Entered*<br>*Date*: 09/01/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |

~~Unknown~~ claimed: $1853.75 ✓ ok

**Total claimed: $1853.75**

*History:*
Details 28-1 06/11/2009 Claim #28 filed by VIDEO EQUIPMENT RENTAL, total amount claimed: $1853.75 (Jarquin, Jacqueline )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (24539836)<br>American Express Travel Related Services Co, Inc Corp Card<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 29**<br>*Original Filed*<br>*Date*: 09/01/2009<br>*Original Entered*<br>*Date*: 09/01/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lee 1, Thomas<br>*Modified:* |

Unsecured claimed: $105416.08 ✓ ok

**Total claimed: $105416.08**

*History:*
Details 29-1 09/01/2009 Claim #29 filed by American Express Travel Related Services, total amount claimed: $105416.08 (Lee 1, Thomas )

*Description:* (29-1) CREDIT CARD DEBT

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656902)<br>EXTRON ELECTRONICS<br>1230 SOUTH LEWIS STREET<br>ANAHEIM, CA 92805-6428 | **Claim No: 30**<br>*Original Filed*<br>*Date*: 06/11/2009<br>*Original Entered*<br>*Date*: 09/01/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $34867.83 ✓ Ok

**Total claimed: $34867.83**

*History:*

Details 30-1 06/11/2009 Claim #30 filed by EXTRON ELECTRONICS, total amount claimed: $34867.83 (Jarquin, Jacqueline )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656998)<br>WESTCON COLLABORATION<br>575 Exchange Court<br>Aurora, IL 60504 | **Claim No: 31**<br>*Original Filed*<br>*Date*: 07/06/2009<br>*Original Entered*<br>*Date*: 09/03/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $25182.02 ✓ Ok

**Total claimed: $25182.02**

*History:*

Details 31-1 07/06/2009 Claim #31 filed by WESTCON COLLABORATION, total amount claimed: $25182.02 (Jarquin, Jacqueline )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23656993)<br>VE Associates, INC.<br>2082 Business Center Drive<br>Irvine, Ca 92612 | **Claim No: 32**<br>*Original Filed*<br>*Date*: 08/21/2009<br>*Original Entered*<br>*Date*: 09/09/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Huerta, Gabriela<br>*Modified:* |

Unsecured ~~Unknown~~ claimed: $32330.00 ✓ Ok

**Total claimed: $32330.00**

*History:*

Details 32-1 08/21/2009 Claim #32 filed by VE Associates, INC., total amount claimed: $32330 (Huerta, Gabriela )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (24599100)<br>Latisys-Irvine LLC<br>393 Inverness Parkway<br>Englewood CO 80112 | **Claim No: 33**<br>*Original Filed*<br>*Date*: 07/23/2009<br>*Original Entered*<br>*Date*: 09/11/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Johnson, Kandice<br>*Modified:* |

Unsecured claimed: $1959.56 ✓ Ok

**Total claimed: $1959.56**

*History:*

| | |
|---|---|
| Details 33-1 07/23/2009 Claim #33 filed by Latisys-Irvine LLC, total amount claimed: $1959.56 (Johnson, Kandice ) | |
| *Description:* (33-1) Services Performed | |
| *Remarks:* | |

| | | |
|---|---|---|
| *Creditor:* (24621503)<br>WYNIT Inc<br>5801 East Taft Rd<br>North Syracuse, NY 13212 | **Claim No: 34**<br>*Original Filed*<br>*Date*: 08/27/2009<br>*Original Entered*<br>*Date*: 09/15/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |
| Unsecured ~~Unknown~~ claimed: $740.00 ✓ OK<br>**Total claimed: $740.00** | | |
| *History:*<br>Details 34-1 08/27/2009 Claim #34 filed by WYNIT Inc, total amount claimed: $740 (Jarquin, Jacqueline ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (23656913)<br>INTER-M AMERICAS, INC.<br>13875 ARTESIA BLVD.<br>CERRITOS, CA 90703 | **Claim No: 35**<br>*Original Filed*<br>*Date*: 09/02/2009<br>*Original Entered*<br>*Date*: 09/17/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
| Unsecured ~~Unknown~~ claimed: $778.98 ✓ OK<br>**Total claimed: $778.98** | | |
| *History:*<br>Details 35-1 09/02/2009 Claim #35 filed by INTER-M AMERICAS, INC., total amount claimed: $778.98 (Lazarte, Val Phillip ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (24686294)<br>Johnson Reynold T & Bonnie C<br>4682 Warner Ave # C104<br>Huntington Beach, CA 92649 | **Claim No: 36**<br>*Original Filed* 4-27-09<br>*Date*: ~~09/09/2009~~<br>*Original Entered*<br>*Date*: 09/23/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |
| Unsecured ~~Unknown~~ claimed: $131423.15 ✓<br>**Total claimed: $131423.15** | | |
| *History:*<br>Details 36-1 09/09/2009 Claim #36 filed by Johnson Reynold T & Bonnie C, total amount claimed: $131423.15 (Jarquin, Jacqueline ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (24809600)<br>National Video Tape<br>1800 E. Garry Ave., #109<br>Santa Ana, CA 92705 | **Claim No: 37**<br>*Original Filed*<br>*Date*: 08/10/2009<br>*Original Entered*<br>*Date*: 10/11/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lomeli, Lydia R.<br>*Modified:* |
| Unsecured ~~Unknown~~ claimed: $5289.73 ✓ ok<br>**Total claimed: $5289.73** | | |
| *History:*<br>Details 37-1 08/10/2009 Claim #37 filed by National Video Tape, total amount claimed: $5289.73 (Lomeli, Lydia R. ) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (24986097)<br>INTERNATIONAL CITY BANK<br>249 E. OCEAN BLVD<br>LONG BEACH, CA 90802 | **Claim No: 38**<br>*Original Filed*<br>*Date*: 10/22/2009<br>*Original Entered*<br>*Date*: 11/04/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fomocod, Jane<br>*Modified:* |
| Secured claimed: ~~$1242722.99~~<br>**Total claimed: ~~$1242722.99~~** Ø secured claim | | |
| *History:*<br>Details 38-1 10/22/2009 Claim #38 filed by INTERNATIONAL CITY BANK, total amount claimed: $1242722.99 (Fomocod, Jane ) | | |
| *Description:* paid $11,945.03 EOD 5-21-10 | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (25829253)<br>Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 | **Claim No: 39**<br>*Original Filed*<br>*Date*: 02/26/2010<br>*Original Entered*<br>*Date*: 03/05/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jarquin, Jacqueline<br>*Modified:* |
| Priority claimed: ~~$8451.05~~<br>**Total claimed: ~~$8451.05~~** Ø | | |
| *History:*<br>Details 39-1 02/26/2010 Claim #39 filed by Los Angeles County Treasurer and Tax Collector, total amount claimed: $8451.05 (Jarquin, Jacqueline ) | | |
| *Description:* property taxes: 3920 Gilman Street, Long Beach | | |
| *Remarks:* - not property of the estate - owned by stockholders, Mr. & Mrs. Johnson | | |

## Claims Register Summary

**Case Name:** A-Vidd Electronics Co. A California Corporation
**Case Number:** 2:09-bk-19792-ER
**Chapter:** 7

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:09-BK-19792 ER
Case Name: A-VIDD ELECTRONICS CO.
Trustee Name: Howard M. Ehrenberg

| | | |
|---|---|---|
| Balance on hand | $ | 38,517.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Howard M. Ehrenberg | $ 6,076.33 | $ 0.00 | $ 6,076.33 |
| Trustee Expenses: Howard M. Ehrenberg | $ 113.78 | $ 0.00 | $ 113.78 |
| Accountant for Trustee Fees: MENCHACA & COMPANY | $ 7,387.00 | $ 0.00 | $ 7,387.00 |
| Accountant for Trustee Expenses: MENCHACA & COMPANY | $ 148.52 | $ 0.00 | $ 148.52 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 13,725.63 |
| Remaining Balance | $ | 24,792.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 526,813.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RORKE DATA<br>9700 W. 76TH ST<br>EDEN PRAIRIE, MN 55344-3516 | $ 18,522.37 | $ 0.00 | $ 871.67 |
| 000002 | VADDIO, INC<br>9433 Science Center Drive<br>New Hope, MN 55428 | $ 6,402.92 | $ 0.00 | $ 301.33 |
| 000003 | BOGEN IMAGING INC.<br>565 E. CRESCENT AVENUE<br>RAMSEY, NJ 07446 | $ 1,048.40 | $ 0.00 | $ 49.34 |
| 000004 | ROGER'S SYSTEMS SPECIALIST<br>25030 Avenue Tibbitts # H<br>Santa Clarita, CA 91355 | $ 32.60 | $ 0.00 | $ 1.53 |
| 000005 | VOLUTONE/SCHERISO N BROS.<br>16315 1/2 PIUMA<br>CERRITOS, CA 90702 | $ 4,167.87 | $ 0.00 | $ 196.14 |
| 000006 | SDAV ( SAN DIEGO AUDIO VIDE O 4909 RUFFNER STREET<br>SAN DIEGO, CA 92111 | $ 4,224.89 | $ 0.00 | $ 198.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | CHIEF MANUFACTURING CO.<br>8401 EAGLE CREEK PARKWAY<br>SAVAGE, MN 55378-1224 | $ 1,618.28 | $ 0.00 | $ 76.16 |
| 000008 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ 50,940.94 | $ 0.00 | $ 2,397.31 |
| 000009 | NEC FINANCIAL SERVICES<br>1 Park 80 West 3rd Floor<br>Saddle Brook, NJ 07663 | $ 10,944.63 | $ 0.00 | $ 515.06 |
| 000010 | PDR MOUNTS<br>1230 Quarry St.<br>CORONA, CA 92879 | $ 461.00 | $ 0.00 | $ 21.69 |
| 000011 | Draper Shade & Screen<br>411 South Pearl St.<br>Spiceland, IN 47385 | $ 362.90 | $ 0.00 | $ 17.08 |
| 000012 | PREMIER MOUNTS/PROGRESSIVE<br>3130 E. MIRALOMA AVE<br>ANAHEIM, CA 92806 | $ 6,682.91 | $ 0.00 | $ 314.50 |
| 000013 | SERVICE WAREHOUSE<br>17819 S. FIGUERO<br>GARDENA, CA 90248 | $ 1,622.83 | $ 0.00 | $ 76.38 |
| 000014 | Atlas Soundolier<br>P O BOX 88817<br>MILWAUKEE, WI 53288-0817 | $ 431.20 | $ 0.00 | $ 20.29 |
| 000015 | CAPITOL SALES COMPANY, INC.<br>1245 Trap Road<br>EGAN, MN 55121 | $ 351.62 | $ 0.00 | $ 16.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | CRESTRON<br>7 Volvo Drive<br>Rockleigh, NJ 07647 | $ 8,521.00 | $ 0.00 | $ 401.00 |
| 000017 | SONANCE<br>212 AVENIDA FABRICANTE<br>SAN CLEMENTE, CA 92672 | $ 1,029.14 | $ 0.00 | $ 48.43 |
| 000018 | PHASE TECHNOLOGY<br>6400 YOUNGERMAN CIRCLE<br>JACKSONVILLE, FL 32244 | $ 897.10 | $ 0.00 | $ 42.22 |
| 000019 | SOUND TUBE<br>6430 BUSINESS PARK LOOP<br>PARK CITY, UT 84098 | $ 808.78 | $ 0.00 | $ 38.06 |
| 000020 | West Penn Wire<br>P.O. Box 7247-6631<br>Philadelphia, PA 19170-6631 | $ 2,565.95 | $ 0.00 | $ 120.76 |
| 000021 | HITACHI DENSHI AMERICA, LTD<br>P.O. Box 512408<br>Philadelphia, PA 19175-2408 | $ 2,282.60 | $ 0.00 | $ 107.42 |
| 000023 | HALL RESEARCH TECHNOLOGIES,<br>1163 WARNER AVENUE<br>TUSTIN, CA 92780 | $ 1,041.76 | $ 0.00 | $ 49.03 |
| 000025 | Stampede Presentation<br>3332 Walden Avenue<br>Depew, NY 14043 | $ 927.67 | $ 0.00 | $ 43.66 |
| 000026 | COMPREHENSIVE VIDEO<br>55 RUTA COURT<br>SOUTH HACKENSACK, NJ 07606 | $ 1,083.00 | $ 0.00 | $ 50.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | RAY MONTGOMERY<br>21721 BELLCROFT DRIVE<br>LAKE FOREST, CA 92630 | $ 60,000.00 | $ 0.00 | $ 2,823.63 |
| 000028 | VIDEO EQUIPMENT RENTAL<br>912 RUBERTA AVE<br>GLENDALE, CA 91201 | $ 1,853.75 | $ 0.00 | $ 87.24 |
| 000029 | American Express Travel Related Services<br>Co, Inc Corp Card<br>POB 3001<br>Malvern, PA 19355-0701 | $ 105,416.08 | $ 0.00 | $ 4,960.95 |
| 000030 | EXTRON ELECTRONICS<br>1230 SOUTH LEWIS STREET<br>ANAHEIM, CA 92805-6428 | $ 34,867.83 | $ 0.00 | $ 1,640.90 |
| 000031 | WESTCON COLLABORATION<br>575 Exchange Court<br>Aurora, IL 60504 | $ 25,182.02 | $ 0.00 | $ 1,185.08 |
| 000032 | VE Associates, INC.<br>2082 Business Center Drive<br>Irvine, Ca 92612 | $ 32,330.00 | $ 0.00 | $ 1,521.47 |
| 000033 | Latisys-Irvine LLC<br>393 Inverness Parkway<br>Englewood CO 80112 | $ 1,959.56 | $ 0.00 | $ 92.22 |
| 000034 | WYNIT Inc<br>5801 East Taft Rd<br>North Syracuse, NY 13212 | $ 740.00 | $ 0.00 | $ 34.82 |
| 000035 | INTER-M AMERICAS, INC.<br>13875 ARTESIA BLVD.<br>CERRITOS, CA 90703 | $ 778.98 | $ 0.00 | $ 36.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Johnson Reynold T & Bonnie C<br>4682 Warner Ave # C104<br>Huntington Beach, CA 92649 | $ 131,423.15 | $ 0.00 | $ 6,184.86 |
| 000037 | National Video Tape<br>1800 E. Garry Ave., #109<br>Santa Ana, CA 92705 | $ 5,289.73 | $ 0.00 | $ 248.94 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 24,792.18 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE